DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JON BRIAN HARDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2219
_____

September 26, 2025

Appeal from the County Court for Pinellas County; Diane M. Croff,
Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine
Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.
_____

Opinion subject to revision prior to official publication.